USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1068  CHINYERE OKEREKE, Plaintiff, Appellant, v. BOARD OF DIRECTORS - VINFEN CORPORATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Chinyere Okereke on brief pro se. ________________ Richard L. Alfred, Robert F. Schwartz and Hill & Barlow on brief __________________ ___________________ _____________ for appellee. ____________________ September 3, 1997 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum and order, dated November 8, 1996. Affirmed. Loc. R. 27.1. _________ -2-